COPY

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

* * * * *

JUSTIN BARKER                )
                             )
VS.                          )    No. 1:21-CV-04419
                             )
LOUISIANA SCHOOL FOR MATH    )
SCIENCES & THE ARTS.         )

* * * * *

DEPOSITION OF

**DR. STEVE HORTON**

taken commencing at 8:59 a.m. on the 15th day of December, 2022, at Hudson, Potts & Bernstein, 1800 Hudson Lane, Suite 300, Monroe, Louisiana 71201, on behalf of the Plaintiff.

REPORTED BY:

CAROLYN F. WHITE
CERTIFIED COURT REPORTER
CERTIFICATE NO. 91111
PARISH OF OUACHITA
STATE OF LOUISIANA

CAROLYN F. WHITE
CERTIFIED COURT REPORTER
P.O. BOX 2955   WEST MONROE, LA 71294
(318) 396-7089


EXHIBIT C

1 Phone records meaning text messages or phone calls or what?
2            MS. MAI:   Text messages.
3            MS. WHITE:  Can you give me a scope of who --
4            MS. MAI:   Dr. Key or --
5            MS. WHITE:  -- and I think he --
6            MS. MAI:   -- Dr. Allen --
7            MS. WHITE:  -- I think he's --
8            MS. MAI:   -- Dr. Horton.
9            MS. WHITE:  Right, but if -- I mean, if he's
10 texting his wife I don't know how that --
11           MS. MAI:   Texting any other employees of this
12 school.
13           MS. WHITE:  And we can go off the record real
14 quick.
15           MS. MAI:   Yeah.
16                (Off the record.)
17                EXAMINATION
18 BY MS. MAI, (continuing):
19 Q    I think, Dr. Horton, you said --
20 A    Let me clarify.  I did with Dr. Key because I was on my
21 way home and on my way home Mr. Allen and I had a text that
22 he was -- everything was -- he was doing fine, benign
23 conversations, and I did have conversation with a couple of
24 my administrators on campus, but nothing to do with this.
25 Q    Okay.

**CAROLYN F. WHITE**
CERTIFIED COURT REPORTER
P.O. BOX 2955   WEST MONROE, LA 71294
(318) 396-7089