UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JUSTIN BARKER<br><br>      Plaintiff,<br><br>v.<br><br>LOUISIANA SCHOOL FOR MATH SCIENCES & THE ARTS.<br><br>      Defendant. | CASE NO. 1:21-cv-04419<br><br>JUDGE DRELL<br>MAGISTRATE JUDGE PEREZ-MONTES |

**NOTICE OF SETTLEMENT**

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Louisiana School for Math, Sciences, and the Arts, who respectfully shows this matter has been resolved by reason of compromise and the parties are preparing the appropriate settlement documents.

          Respectfully Submitted:

          **HUDSON, POTTS & BERNSTEIN, L.L.P.**

          /s/ *Sara G. White*
          Jay P. Adams, Bar No. 18755
          Sara G. White, Bar No. 34569
          1800 Hudson Lane, Suite 300
          Monroe, Louisiana 71210-3008
          Phone: (318) 388-4400; Fax: (318) 322-4194
          jadams@hpblaw.com
          swhite@hpblaw.com
          *Counsel for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing motion with order upon all parties and trial counsel of record for all parties hereto using the Court's electronic filing system, CM/CEF, on this 26th day of July, 2024.

                                  /s/ *Sara G. White*
                                  Sara G. White