UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JUSTIN BARKER | CASE NO. 21-cv-4419 |
| -vs- | JUDGE DRELL |
| LOUISIANA SCHOOL FOR MATH SCIENCE & THE ARTS | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

The court having been advised of the settlement of the claims existing among the parties and their joint desire to close this litigation, it is hereby

ORDERED, ADJUDGED and DECREED that all claims in the above-captioned suit are DISMISSED WITH PREJUDICE with the right, upon good cause shown within SIXTY (60) DAYS to reopen the suit if settlement is not consummated. It is further

SPECIFICALLY ORDERED that all pending motions are DENIED as MOOT. It is further

SPECIFICALLY ORDERED that the pretrial conference, currently scheduled for August 12, 2024 at 2:30 p.m. is CANCELLED.

THUS DONE AND SIGNED at Alexandria, Louisiana this 30 day of July 2024.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT